**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 03-cv-02410-LTB-BNB

UNITED STATES OF AMERICA,
        Plaintiff,

v.

ESTATE OF EUGENE NEAL SMITH, II,
JULIA K. SMITH,
SMITH FAMILY TRUST,
HAROLD W. GORDEN, a Personal Representative of the Estate of Eugene Smith, II, AND AS Trustee of the Smith Family Trust,
ENS II FAMILY PARTNERS, LTD.,
TEPEE LANDS LTD., and
E. NEAL SMITH III, GREGORY M. SMITH, BRADLEY J. SMITH, and JUSTIN O. SMITH, as Beneficiaries of the Estate of Eugene Neal Smith II,
        Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Complaint With Prejudice (filed August 30, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock, Chief Judge

DATED: August 30, 2005